STATE OF CONNECTICUT *v.* ERNEST WILLIAMSON

The defendant's petition for certification for appeal from the Appellate Court, 44 Conn. App. 931 (AC 15877), is denied.

BERDON, J., dissenting. I would grant the defendant's petition for certification to appeal.

*Annacarina Del Mastro*, deputy assistant public defender, in support of the petition.

*Ronald G. Weller*, assistant state's attorney, in opposition.

Decided June 5, 1997